```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
 2  717 Washington Street, Second Floor
    Oakland, CA 94607
 3  (510) 451-4600 (telephone)
    (510) 451-3002 (facsimile)
 4
    LAW OFFICE OF LYNN M. KESLAR
 5  LYNN M. KESLAR SBN 191521
    483 Ninth Street, Suite 200
 6  Oakland, CA 94607
    (510) 868-0644 (tel.)
 7  (510) 225-3945 (fax)

 8  Attorneys for Defendant
    ERIC SCOTT
 9

10                  IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,       ) No. 09-00067  SBA
                                    )
14          Plaintiff,              ) STIPULATION AND
                                    ) ORDER FOR RETURN OF U.S.
15                                  ) CURRENCY
                                    )
16  v.                              )
                                    )
17  ERIC SCOTT,                     )
                                    )
18          Defendant.              )

19      IT IS HEREBY STIPULATED by the parties through their counsel
20  and ORDERED by the COURT that the El Cerrito Police Department
21  shall, upon presentation of this Order, return the $2,777.00 in
22  United States currency (identified in the attached pages of the
23  Police Report and Property and Evidence Report No. 07-24705) seized
24  from Defendant Eric Scott (PFN: 12387-111) on December 27, 2007, to
25  defendant's attorneys, The Law Offices of Paul Wolf, its agents or
26  staff, and/or attorneys Paul Wolf or Adam Pennella; or attorney
27  Lynn M. Keslar.
28  //
```

The undersigned parties agree that this currency is of no further use as evidence, as Defendant has been convicted and sentenced on his plea of guilty and has waived any appeal of that conviction, and the currency should therefore be returned to the Defendant in care of his attorney(s).

**SO STIPULATED.**

Dated: September 4, 2009      _____/s/_____
                              PAUL DELANO WOLF
                              Attorney for Eric Scott


Dated: September 4, 2009      _____/s/_____
                              JAMES C. MANN
                              Assistant United States Attorney


**SO ORDERED.**

_9/8/09                       _____/s/ Saundra B Armstrong_____
Date                          HONORABLE SAUNDRA BROWN ARMSTRONG
                              United States District Court Judge

- 2 -